LAURIE GOUGH
501 Turtle Run Dr Apt 204
Sebastian FL 32958-8688





December 11, 2015

                                              VIA FIRST CLASS MAIL AND CERTIFIED MAIL/RRR

LAURIE GOUGH
501 TURTLE RUN DR, APT 204
SEBASTIAN FL 32958



Loan Number:       0001103764
Property Address:  46 WOODLAND AVE
                   KEANSBURG NJ 07734

### NOTICE OF DEFAULT AND INTENTION TO FORECLOSE

Dear LAURIE GOUGH:

This letter is formal notice by Bayview Loan Servicing, LLC. (herein as "Bayview"), the Servicer on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, 4425 Ponce De Leon Blvd. 5TH Floor, Coral Gables, FL 33146, the Creditor to whom the debt is owed, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

The loan is due for 12/01/2010 and subsequent payments, plus late charges, fees and costs. As of the date of this notice, the total amount required to cure the default is $125,030.64, which consists of the following:

| | |
|---|---:|
| Next Payment Due Date | 12/01/2010 |
| Total Monthly Payments Due | $123,892.23 |
| (12/01/2010-12/31/2010 @ $2,040.18) | |
| (01/01/2011-09/30/2015 @ $2,038.93) | |
| (10/01/2015- 12/11/2015 @ $1,877.68) | 0 |
| Late Charges | $1,138.41 |
| Uncollected NSF Fees | $0.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$125,030.64** |

**It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that Bayview paid on your behalf or advanced to your account.**

### RIGHT TO CURE DEFAULT

You have the right to cure the default. You may cure your default by paying the aforesaid amount by so that it is received at the following address on or before 01/13/2016.

You must also pay any other scheduled installments and late charges which become due after the date of this letter in order to bring your account current. Please contact a Bayview representative at 1-800-771-0299 to determine the exact amount due and to arrange for payment.

Please include your loan number and property address with your payment and send to:

NJ 33 DAY NOI
Page 1 of 6

Bayview Loan Servicing, LLC.
4425 Ponce De Leon Blvd, 5th Floor
Coral Gables, FL 33146

If your account is not brought current by 01/13/2016, Bayview may accelerate the sums secured by the Security Instrument and take steps to terminate your ownership in the property by commencing a foreclosure suit in a court of competent jurisdiction. You have the right to reinstate the loan after acceleration and the right to assert in the foreclosure proceeding in the non-existence of a default or any other defense of borrower to acceleration and sale.

Once we begin foreclosure proceedings, you shall still have the right at any time, up to the entry of final judgment or the entry by the court of an order of redemption, to cure the default, decelerate and reinstate your loan. You may do this by making a payment of all sums due necessary to bring the loan current including late or other charges that are due such as all court costs and attorney's fees in the amount which shall not exceed the amount permitted under the Rules Governing the Courts of the State of New Jersey. You must also perform any other obligations required under the note and security instrument. 

At any time after default, you may transfer your property to another person (assumption) and that person may have the right to cure the default, if the mortgage documents allow.

## RIGHT TO SEEK LEGAL COUNSEL

You are hereby advised to seek legal advice from an attorney of your own choosing concerning your rights under the mortgage documents and the Fair Foreclosure Act. If you are unable to pay for an attorney, call a legal service office. An individual non-eligible for free legal assistance may obtain a referral to an attorney by calling the New Jersey Bar Association or the LAWYER REFERRAL SERVICE for the county in which the property is located. A list of legal service offices is attached.

## THE POSSIBLE FINANCIAL ASSISTANCE

You are hereby advised that there may be financial assistance available to help you cure your default through programs operated by the State, Federal and numerous non-profit organizations, as identified by the New Jersey State Commissioner of Banking. A list of governmental and non-profit entities is attached.

Attention Servicemembers and dependents: The Federal Servicemembers' Civil Relief Act ("SCRA") and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, AND joined after signing the Note and Security Instrument now in default, please notify Bayview immediately. When contacting Bayview as to your military service, you must provide positive proof as to your military status. If you do not provide this information, it will be assumed that you are not entitled to protection under the above-mentioned Act.

If you disagree with the assertion that a default has occurred or the correctness of the calculation of the amount required to cure the default, you may contact us at 1-800-771-0299, Monday through Friday from 9am to Midnight, Saturday from 8am to 8pm and Sunday from 1pm to 5pm.

If you are experiencing financial difficulty, you should know that there are several options available to you that may help you keep your home. You may contact a government approved housing counseling agency which provides free or low-cost housing counseling. You should consider contacting one of these agencies immediately. These agencies specialize in helping homeowners who are facing financial difficulty. Housing counselors can help you assess your financial condition and work with us to explore the possibility of modifying your loan, establishing an easier payment plan for you, or even working out a period of loan forbearance. For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

You may be eligible for assistance from the Homeownership Preservation Foundation or other foreclosure counseling agency. You may call the following toll-free number to request assistance from the Homeownership Preservation Foundation: (888) 995-HOPE. If you wish, you may also contact us directly at 1-800-771-0299 and ask to discuss possible options.



This matter is very important. Please give it your immediate attention.

Sincerely,

ALEXANDER CHAPMAN
1-844-744-8231
Bayview Loan Servicing, LLC.
4425 Ponce De Leon Blvd, 5th Floor
Coral Gables, FL 33146
1-800-771-0299

FEDERAL LAW REQUIRES US TO ADVISE YOU THAT BAYVIEW LOAN SERVICING, LLC. IS A DEBT COLLECTOR AND THAT THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT AN INDEBTEDNESS AS YOUR PERSONAL OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE PROVIDE US WITH THE ATTORNEY'S NAME, ADDRESS AND TELEPHONE NUMBER.

NJ 33 DAY NOI
Page 3 of 6

## NOTICE REQUIRED BY THE
## FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. SECTION 1601 AS AMENDED

1. The principal balance due on the debt, as of the date of this letter is $220,006.15. This amount does not include any interest, other charges, foreclosure or bankruptcy fees and costs which have been, or may be, incurred in the future.

2. The debt referred to in the proceeding Notice of Intention to Foreclose evidenced by the copy of the Mortgage and Note, will be assumed valid by the creditor, unless debtors, within thirty (30) days after the receipt of this Notice, disputes, in writing, the validity of the debt or some portion thereof. 

3. If the debtor notifies the creditor, in writing, within thirty (30) days of the receipt of this Notice, that the debt, or any portion thereof, is disputed, the creditor will obtain verification of the debt and a copy of the verification will be mailed to the debtor by the creditor. 

4. If the creditor, specified in the proceeding Notice of Intention to Foreclose, is not the original creditor, and if the debtor makes a written request to the creditor within thirty (30) days from the receipt of the Notice, the name and address of the original creditor will be mailed to the debtor by the creditor.

5. Written requests should be addressed to:

Bayview Loan Servicing, LLC.
4425 Ponce De Leon Blvd, 5th Floor
Coral Gables, FL 33146

Please refer to our file number: 0001103764

## GOVERNMENT AND NON-PROFIT ENTITIES

**AMERICAN CREDIT ALLIANCE, INC.**
26 South Warren Street
Trenton, NJ 08608
(609) 393-5400

**ATLANTIC HUMAN RESOURCES, INC.**
1 South New York Avenue
Atlantic City, NJ 08401
(609) 348-4131

**CONSUMER CREDIT COUNSELING SERVICE OF NEW JERSEY**
185 Ridgedale Avenue
Cedar Knolls, NJ 07927-1812
(973) 267-4324

**CONSUMER CREDIT COUNSELING SERVICE OF CENTRAL NEW JERSEY**
1931 Nottingham Way
Hamilton, NJ 08619
(609) 586-2574

**FAIR HOUSING COUNCIL OF NORTHERN NEW JERSEY**
131 Main Street
Hackensack, NJ 07601
(201) 489-3552

**GARDEN STATE CONSUMER CREDIT COUNSELING, INC.**
225 Willowbrook Road
Freehold, NJ 07728
(800) 992-4557

**JERSEY COUNSELING & HOUSING DEVELOPMENT, INC.**
29 South Blackhorse Pike
Blackwood, NJ 08012
(856) 227-3683

**JERSEY COUNSELING & HOUSING DEVELOPMENT, INC.**
1840 South Broadway
Camden, NJ 08104
(856) 541-1000

**MERCER COUNTY HISPANIC ASSOCIATION**
200 E State Street, 2nd Floor
Trenton, NJ 08607
(609) 392-2446

**MIDDLESEX COUNTY ECONOMIC OPPORTUNITIES CORPORATION**
1215 Livingston Ave
North Brunswick, NJ 08902
(732) 790-3344

**NJ CITIZEN ACTION (MAIN OFFICE/FINANCIAL EDUCATION CENTER)**
744 Broad Street, Suite 2080
Newark, NJ 07102
(973) 643-8800
(800) NJ-OWNER (Loan Counseling)
(888) TAXES-11 (Free Tax Preparation Assistance)

**NJ CITIZEN ACTION (CENTRAL JERSEY)**
85 Raritan Avenue, Suite 100
Highland Park, NJ 08904
(732) 246-4772

**NJ CITIZEN ACTION (SOUTH JERSEY)**
2 Riverside Drive, Suite 362
Camden, NJ 08103
(856) 966-3091

**OCEAN COMMUNITY ECONOMIC ACTION NOW, INC.**
22 Hyers Street
Toms River, NJ 08753-0773
(732) 244-2351, extension 2

**PATERSON COALITION FOR HOUSING, INC.**
262 Main Street, 5th Floor
Paterson, NJ 07505
(973) 684-5998



**PATERSON TASK FORCE FOR COMMUNITY ACTION, INC**
155 Ellison Street
Paterson, NJ 07505
(973) 279-2333

**PUERTO RICAN ACTION BOARD HOUSING COALITION UNIT**
90 Jersey Avenue
New Brunswick, NJ 08903
(732) 249-9700

**TRI-COUNTY COMMUNITY ACTION AGENCY, INC.**
110 Cohansey Street
Bridgeton, NJ 08302
(856) 451-6330

**URBAN LEAGUE FOR BERGEN COUNTY**
106 West Palisade Avenue
Englewood, NJ 07631
(201) 568-4988

**URBAN LEAGUE OF ESSEX COUNTY**
508 Central Avenue
Newark, NJ 07101
(973) 624-9535

**URBAN LEAGUE OF UNION COUNTY**
288 North Broad Street
Elizabeth, NJ 07208
(908) 351-7200

**HOMELESSNESS PREVENTION PROGRAM**
New Jersey Department of Community Affairs
(866) 889-6270 *

* Basic eligibility is limited to: (a) single family owner/occupied dwellings with all those on the Deed and Mortgage occupying the house; (b) no more than one mortgage or lien encumbrance on the property; (c) no initiated or ongoing bankruptcy. Assistance will be in the form of a loan, and a lien will be placed on the property. The family must document the financial reason for nonpayment. At the time of the eligibility decision, the household must have and document sufficient income to support the household and repay the loan. There is a fee for the credit check and property search.

# LAWYER REFERRAL SERVICES

**ATLANTIC COUNTY BAR ASSOCIATION**
1201 Bacharach Blvd.,
Atlantic City, NJ 08401
(609) 345-3444; Fax: (609) 345-6279
E-Mail: atcobara@aol.com
Internet: www.atcobar.org

**BERGEN COUNTY BAR ASSOCIATION**
15 Bergen Street,
Hackensack, NJ 07601
(201) 488-0044
Internet: www.bergenbar.org

**BURLINGTON COUNTY BAR ASSOCIATION**
45 Grant Street
Mount Holly, NJ 08060
(609) 261-4862; Fax: (609) 261-5423
Internet: www.burlcobar.org

**CAMDEN COUNTY BAR ASSOCIATION**
1040 N. Kings Highway, Suite 201
Cherry Hill, NJ 08034
(856) 482-0618; Fax:(856) 482-0620
Internet: www.camdencountybar.org

**CAPE MAY COUNTY BAR ASSOCIATION**
9 North, Main Street
Cape May Court House, NJ 08210
(609) 463-0313; Fax:(609) 778-1193
E-Mail: cmcba@comcast.net

**CUMBERLAND COUNTY BAR ASSOCIATION**
P.O. Box 2374
Vineland, NJ 08362
(856) 696-5550; Fax: (856) 696-5558
E-Mail: info@cumbnjbarassoc.org
Internet: www.cumbnjbarassoc.org

**ESSEX COUNTY BAR ASSOCIATION**
470 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102
(973) 533-6775; (973) 622-4341
E-mail: info@essexbar.com
Internet: www.essexbar.com

**GLOUCESTER COUNTY BAR ASSOCIATION**
P.O. Box 338
Woodbury, NJ 08096
(856) 848-4589
Email: baroffice@gcbanj.org
Internet: www.gcbanj.org

**HUDSON COUNTY BAR ASSOCIATION**
583 Newark Ave.
Jersey City 07306
(201) 798-4708; Fax:(201) 798-1740
Internet: www.hcbalaw.com

**HUNTERDON COUNTY BAR ASSOCIATION**
P.O. Box 573
Annandale, NJ 08801
(908) 236-6109; Fax: (908) 236-6119
E-mail: director@huntcolaw.org
Internet: www.huntcolaw.org

**MERCER COUNTY BAR ASSOCIATION**
1245 Whitehorse Mercerville Rd
Suite 420
Hamilton, NJ 08619
(609) 585-6200; Fax:(609) 585-5537
E-mail: info@mercer.com
Internet: www.mercerbar.com

**MIDDLESEX COUNTY BAR ASSOCIATION**
87 Bayard Street
New Brunswick, NJ 08901
(732) 828-0053, ext 100
E-mail: admin@mcbalaw.com
Internet: www.mcbalaw.com

**MONMOUTH BAR ASSOCIATION**
Monmouth County Court House
Freehold, NJ 07728
(732) 431-5544; Fax:(732) 431-2843

**MORRIS COUNTY BAR ASSOCIATION**
28 Schuyler Place
Morristown, NJ 07960
(973) 267-5882; Fax:(973) 605-8325
Internet: www.morriscountybar.com

**OCEAN COUNTY BAR ASSOCIATION**
P.O. Box 381
Toms River, NJ 08753
(732) 240-3666; Fax: (732) 240-4907
Internet: www.oceancountybar.org

**PASSAIC COUNTY BAR ASSOCIATION**
401 Grand Street, 3rd Floor
Paterson, NJ 07505
(973) 345-4585
Internet: www.passaicbar.org

**SALEM COUNTY BAR ASSOCIATION**
(856) 935-5629
Internet: www.salemcountybar.org

**SOMERSET COUNTY BAR ASSOCIATION**
10 N. Bridge Street HCH 325,
Somerville, NJ 08876
(908) 685-2323; Fax: (908) 685-9839
Internet: www.somersetbar.com

**UNION COUNTY BAR ASSOCIATION**
Courthouse, 1st Floor,
Elizabeth, NJ 07207
(908) 353-4715; Fax: (908) 354-8222
Internet: www.uclaw.com

**WARREN COUNTY BAR ASSOCIATION**
413 Second Street
Belvidere, NJ 07823
(908) 387-1835
Email: warrencountybar@yahoo.com



NJ 33 DAY NOI
Page 6 of 6